UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MASODY,<br><br>    Plaintiff,<br><br>  v.<br><br>BASIA B. KLOPOT, et al.,<br><br>    Defendants. | Case No. 14-cv-04562-MEJ<br><br>**ORDER DIRECTING U.S. MARSHAL TO SERVE DEFENDANTS**<br><br>**ORDER SETTING CMC** |

On October 23, 2014, the Court granted Plaintiff John E. Masody's Application to Proceed In Forma Pauperis, but dismissed his initial complaint with prejudice as to Defendants Basia B. Klopot and Jill C. Fannin, and with leave to amend as to Defendants Raquel Cantillon and Sgt. Donleavy. Dkt. No. 6. Plaintiff has now filed an Amended Complaint in compliance with the Court's order. Accordingly, the Court ORDERS the United States Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, and the Court's orders upon Defendants Raquel Cantillon and Sgt. Donleavy.

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on March 5, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally. No later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the

Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge