UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MASODY,<br>        Plaintiff,<br>    v.<br>RAQUEL CANTILLON, et al.,<br>        Defendants. | Case No. 14-cv-04562-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on March 5, 2015. However, as there is a pending Motion for Judgment on the Pleadings (Dkt. No. 14), the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: February 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. MASODY,<br><br>            Plaintiff,<br><br>    v.<br><br>RAQUEL CANTILLON, et al.,<br><br>            Defendants. | Case No.  14-cv-04562-MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/26/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John E. Masody
2184 Sutter Street, #204
San Francisco, CA 94115

Dated: 2/26/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES